# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2245. LEVITT v. LEVITT.**

Amberula Levitt's appeal in the above-captioned case must be dismissed based upon a failure to timely file her brief. Court of Appeals Rule 23 (a) mandates that an appellant's brief "be filed within 20 days after the appeal is docketed." As this case was docketed on August 8, 2014, Appellant's brief was due to be filed on August 28, 2014. A review of this court's docket shows that Appellant has neither filed a brief nor requested an extension of time in which to file her brief. Her appeal is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  11/20/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*